1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIA HERNANDEZ,                              )          CASE NO. CV 12-5723 AGR
                              Plaintiff,      )
                                              )          JUDGMENT
              vs.                             )
                                              )
CAROLYN W. COLVIN, Commissioner               )
of Social Security,                           )
                              Defendant.      )
_____           )

        In accordance with the Memorandum Opinion filed concurrently herewith,

        IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

Commissioner of Social Security Administration.


DATED: October 24, 2013            _____
                                            ALICIA G. ROSENBERG
                                        United States Magistrate Judge